# EXHIBIT A




Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

# Case Description

| | |
|---|---|
| Case ID: | 170900577 |
| Case Caption: | SIENA VENTURES LLC ETAL VS ABC CAPITAL INVESTMENTS |
| Filing Date: | Friday , September 08th, 2017 |
| Court: | COMMERCE - STANDARD, JURY |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | CONTRACTS OTHER |
| Status: | WAITING TO LIST CASE MGMT CONF |

# Related Cases

No related cases were found.

# Case Event Schedule

No case events were found.

# Case motions

No case motions were found.

# Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | LEVAN JR, PETER H |
| Address: | LEVAN LAW GROUP LLC<br>ONE LOGAN SQUARE 27TH FLR.<br>PHILADELPHIA PA 19103<br>(215)561-1500 | Aliases: | none | |
| 2 | 1 | | PLAINTIFF | SIENA VENTURES LLC |

| | | | | |
|---|---|---|---|---|
| **Address:** | 576 VALLEY ROAD #311 WAYNE NJ 07470 | **Aliases:** | none | |
| | 3 | | DEFENDANT | ZER, YARON |
| **Address:** | 165 WEST GIRARD AVENUE PHILADELPHIA PA 19123 | **Aliases:** | none | |
| | 4 | | DEFENDANT | TAUBE, ARIEL |
| **Address:** | 847 NORTH LAWRENCE STREET PHILADELPHIA PA 19123 | **Aliases:** | none | |
| | 5 | | DEFENDANT | GREENBERG, HOWARD A |
| **Address:** | 125 AUGUST LANE LANSDALE PA 19446 | **Aliases:** | none | |
| | 6 | 1 | PLAINTIFF | SV PA PHI 1 LLC |
| **Address:** | 576 VALLEY ROAD #311 WAYNE NJ 07470 | **Aliases:** | none | |
| | 7 | 1 | PLAINTIFF | BTV PHIL LLC |
| **Address:** | 576 VALLEY ROAD #311 WAYNE NJ 07470 | **Aliases:** | none | |
| | 8 | 1 | PLAINTIFF | BTV PHIL 3 LLC |
| **Address:** | 576 VALLEY ROAD #311 WAYNE NJ 07470 | **Aliases:** | none | |
| | 9 | | DEFENDANT | ABC CAPITAL INVESTMENTS LLC |

| | | | | |
|---|---|---|---|---|
| | **Address:** | 1218 N. MARSHALL STREET PHILADELPHIA PA 19122 | **Aliases:** | none |

| | | | | |
|---|---|---|---|---|
| 10 | | | DEFENDANT | ABC CAPITAL REALTY LLC |
| | **Address:** | 1218 N. MARSHALL STREET PHILADELPHIA PA 19122 | **Aliases:** | none |

| | | | | |
|---|---|---|---|---|
| 11 | | | DEFENDANT | NEW PHILLY CONSTRUCTION LLC |
| | **Address:** | 1218 N. MARSHALL STREET PHILADELPHIA PA 19122 | **Aliases:** | none |

| | | | | |
|---|---|---|---|---|
| 12 | | | DEFENDANT | VANA, AMIR |
| | **Address:** | 203 KRESSON ROAD VORHEES NJ 08043 | **Aliases:** | none |

| | | | | |
|---|---|---|---|---|
| 13 | | | DEFENDANT | WALSH, JASON P |
| | **Address:** | 860 N. LEITHGOW STREET PHILADELPHIA PA 19123 | **Aliases:** | WALSH, JAY |

| | | | | |
|---|---|---|---|---|
| 14 | | | TEAM LEADER | GLAZER, GARY S |
| | **Address:** | 469 CITY HALL PHILADELPHIA PA 19107 (215)686-9540 | **Aliases:** | none |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 08-SEP-2017 10:47 AM | ACTIVE CASE | | | 08-SEP-2017 11:47 AM |
| **Docket Entry:** | E-Filing Number: 1709014058 | | | |
| 08-SEP-2017 10:47 AM | COMMENCEMENT CIVIL ACTION JURY | LEVAN JR, PETER H | | 08-SEP-2017 11:47 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Final Cover | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | none. | | | |
| 08-SEP-2017 10:47 AM | COMPLAINT FILED NOTICE GIVEN | LEVAN JR, PETER H | | 08-SEP-2017 11:47 AM |
| **Documents:** | Click link(s) to preview/purchase the documents<br>SV CCP Complaint.pdf<br>SV Verification.pdf<br>SV Exs A-E.pdf<br>SV Exs F-I.pdf<br>Commerce Addendum | | Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| 08-SEP-2017 10:47 AM | SHERIFF'S SURCHARGE 8 DEFTS | LEVAN JR, PETER H | | 08-SEP-2017 11:47 AM |
| **Docket Entry:** | none. | | | |
| 08-SEP-2017 10:47 AM | JURY TRIAL PERFECTED | LEVAN JR, PETER H | | 08-SEP-2017 11:47 AM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| 08-SEP-2017 | WAITING TO LIST CASE | LEVAN JR, | | 08-SEP-2017 |

| | | | | |
|---|---|---|---|---|
| 10:47 AM | MGMT CONF | PETER H | | 11:47 AM |
| Docket Entry: | none. | | | |

| | | | | |
|---|---|---|---|---|
| 21-SEP-2017 04:02 PM | AFFIDAVIT OF SERVICE FILED | | | 22-SEP-2017 10:23 AM |
| Documents: | Click link(s) to preview/purchase the documents<br>138517.04_AFFIDAVIT_D6005F1B-F7BC-E546-A6FD-F448438EBD6F.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON JASON P WALSH BY PERSONAL SERVICE ON 09/16/2017 FILED. | | | |

| | | | | |
|---|---|---|---|---|
| 21-SEP-2017 04:08 PM | ATTEMPTED SERVICE - NOT FOUND | | | 22-SEP-2017 10:25 AM |
| Documents: | Click link(s) to preview/purchase the documents<br>138517.06_AFFIDAVIT_B719869F-6B8B-6D4D-A464-A8318E9A0BFC.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | ARIEL TAUBE NOT FOUND ON 09/16/2017. | | | |

| | | | | |
|---|---|---|---|---|
| 22-SEP-2017 10:42 AM | AFFIDAVIT OF SERVICE FILED | | | 25-SEP-2017 01:57 PM |
| Documents: | Click link(s) to preview/purchase the documents<br>138517.03.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON AMIR VANA BY PERSONAL SERVICE ON 09/15/2017 FILED. | | | |

| | | | | |
|---|---|---|---|---|
| 22-SEP-2017 04:25 PM | AFFIDAVIT OF SERVICE FILED | | | 25-SEP-2017 02:31 PM |
| Documents: | Click link(s) to preview/purchase the documents<br>138517.07_AFFIDAVIT_4CFD5279-1C39-1140-86B8-F41D5F06031F.pdf | | Click HERE to purchase all documents related to this one docket entry | |
| Docket Entry: | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON NEW PHILLY CONSTRUCTION, LLC BY PERSONAL SERVICE ON 09/15/2017 FILED. | | | |

| | | | | |
|---|---|---|---|---|
| 22-SEP-2017 04:27 PM | ATTEMPTED SERVICE - NOT FOUND | | | 25-SEP-2017 02:32 PM |
| **Documents:** | 📎 Click link(s) to preview/purchase the documents<br>138517.05_AFFIDAVIT_8EFF7C1A-CA94-E841-9990-EB83C5DEFF87.pdf | | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | YARON ZER NOT FOUND ON 09/15/2017. | | | |
| 22-SEP-2017 04:30 PM | AFFIDAVIT OF SERVICE FILED | | | 25-SEP-2017 02:32 PM |
| **Documents:** | 📎 Click link(s) to preview/purchase the documents<br>138517.02_AFFIDAVIT_AEC1764E-1EAF-F645-BE64-492CF13C787A.pdf | | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ABC CAPITAL REALTY LLC BY PERSONAL SERVICE ON 09/15/2017 FILED. | | | |
| 22-SEP-2017 04:47 PM | AFFIDAVIT OF SERVICE FILED | | | 25-SEP-2017 02:33 PM |
| **Documents:** | 📎 Click link(s) to preview/purchase the documents<br>138517.01_AFFIDAVIT_833DE4BB-0BE6-444E-AFF0-C32697221640.pdf | | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ABC CAPITAL INVESTMENTS LLC BY PERSONAL SERVICE ON 09/15/2017 FILED. | | | |
| 28-SEP-2017 04:43 PM | AFFIDAVIT OF SERVICE FILED | | | 02-OCT-2017 10:23 AM |
| **Documents:** | 📎 Click link(s) to preview/purchase the documents<br>138517.08_AFFIDAVIT_27AA479E-2D0E-D442-99CE-CF93C2F21263.pdf | | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON HOWARD A GREENBERG BY SHERIFF SERVICE MONTGOMERY ON 09/22/2017 FILED. | | | |

▶ Case Description    ▶ Related Cases    ▶ Event Schedule    ▶ Case Parties    ▶ Docket Entries

[ Search Home ]

# EXHIBIT B



**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169


National Association of Professional Process Servers

Siena Ventures, LLC, et al

-VS-

ABC Capital Investments, LLC, et al

**COURT** Court of Common Pleas of Pennsylvania
Philadelphia County - Civil

**CASE NUMBER** 1709-0577

*Filed and Attested by the Office of Judicial Records 22 SEP 2017 10:42 am D. KELLY*

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** CS138517.03
**Reference Number**

James Finley, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 9/14/2017 we received the **Complaint** and that service was effected upon **Amir Vana** at **203 KRESSON ROAD, VOORHEES, NJ 08043** on **9/15/2017** at **3:20 PM**, in the manner described below:

**By personal service upon:** AMIR VANA

**Description:**
Gender: **MALE**   Race/Skin: **ASIAN**   Age: **40 - 50 Yrs.**   Weight: **Over 200 Lbs.**   Height: **6ft1in - 6ft5in**
Hair: **BROWN**   Glasses: **No**   Other:

**Service Notes:**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila.County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this 19th day of September 2017

_Brenda Ravenell_
**Notary Public**

**Process Server/Sheriff** _[signature]_
**ATTEMPTS:**

Client   Phone (215) 561-1500    :    **Filed Date:** 9/8/2017   **BR Serve By:** 10/04/2017

Peter H. LeVan, Esquire
LeVan Law Group LLC
One Logan Square - 27th Floor
18th & Cherry Street
Philadelphia, PA 19103



ORIGINAL

Case ID: 170900577

# EXHIBIT C

 

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

Siena Ventures, LLC, et al

-VS-

ABC Capital Investments, LLC, et al

**COURT** Court of Common Pleas of Pennsylvania
Philadelphia County Civil

**CASE NUMBER** 1709-0577

*Filed and Attested by the Office of Judicial Records 21 SEP 2017 04:02 pm A. SILIGRINI*

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** CS138517.04
**Reference Number**

James Davis, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 9/14/2017 we received the **Complaint** and that service was effected upon **Jason P Walsh** at **860 North Leithgow Street, Philadelphia, PA 19123** on **9/16/2017** at **12:13 PM**, in the manner described below:

**By personal service upon:** Jason P Walsh

**Description:**
Gender: **Male**   Race/Skin: **White**   Age:   Weight:   Height: **5ft9in - 6ft0in**   Hair: **Brown**   Other:

Service Notes: PLEASE NOTE: The defendant is also the landlord at 847 North Lawrence Street and he advised that Ariel Taube was a former tenant and no longer resides at 847 North Lawrence Street.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
BRENDA M. RAVENELL, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 16, 2019

Sworn to and subscribed before me this 21st day of September 2017

Brenda Ravenell
**Notary Public**

**Process Server/Sheriff**
ATTEMPTS:

Client   Phone (215) 561-1500   :   Filed Date: 9/8/2017   BR Serve By: 10/04/2017

Peter H. Levan, Jr., Esquire
LeVan Law Group LLC
One Logan Square-27th Fl.
Philadelphia
PA, 19103



Case ID: 170900577

ORIGINAL

**B&R** Services for Professionals Inc.
235 SOUTH 15TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

170900508

**NAPPS** National Association of Professional Process Servers

MH

Siena Ventures, LLC, et al

-VS-

ABC Capital Investments, LLC, et al

**COURT** Court of Common Pleas of Pennsylvania
Philadelphia County - Civil

**CASE NUMBER** 170900577

*Filed and Attested by the Office of Judicial Records 28 SEP 2017 04:43 pm K. KALOGRIAS*

**AFFIDAVIT**

State of _____

County of _____

B&R Control # CS138517.08
Reference Number

**FORWARDED SERVICE**

Now, on 9/14/2017, I do hereby request the Sheriff of **Montgomery County** to serve this **Complaint** and make return thereof in accordance with the Law, for service upon **Howard A. Greenberg** at **125 August Lane, Lansdale, PA 19446**
By (Competent Adult) Linda Robertson     Sheriff Check Amt $58   #20097

**** SPECIAL INSTRUCTIONS" ****

Montgomery Twn.

LAST DAY FOR SERVICE 10/8/18

☑ Served   Date 9-22-17   Time 0815   Accepted By: HOWARD GREENBERG
In the manner described below.
☑ Personally served.
☐ Adult in charge of residence. Relationship is _____
☐ Adult in charge of residence who refused to give name and/or relationship. _____
☐ Manager/Clerk of place of residence lodging _____
☐ Agent or person authorized to accept service _____
☐ Other _____

**Description of Person**   Age ____   Height ____   Weight ____   Race ____   Sex ____
Other ____

☐ Not Served   Date ____   Time ____   ☐ Moved   ☐ Unknown   ☐ No Answer   ☐ Vacant
☐ Other _____

The Process Server, was at the time of service a competent adult, over 18 years of age, not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.
Process Server/Sheriff  WILKINSON

Sworn to and subscribed before me this
____ day of ____
Notary Public

Client   Phone (215) 561-1500     :     Filed Date: 9/8/2017   BR Serve By: 10/07/2017

LeVan Law Group LLC
One Logan Square-27th Fl.
Philadelphia
PA, 19103



ORIGINAL

Case ID: 170900577